FILED 30 JUL '18 10:10 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene _____ DIVISION

Richard Brian Wewe

*(Enter full name of plaintiff)*

Plaintiff,

v.

_____

_____

_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

State of Texas Rick Perry Governor

Civil Case No. 6:18-cv-1423-SB
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☐ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**    Name: Richard Brian Wewe (mailing)
Street Address: 3210 Junketown
City, State & Zip Code: San Antonio Texas 78230
Telephone No.: 210-694-0511

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**   Name: State of Texas Rick Perry Gov.

Street Address: _____

City, State & Zip Code: Austin Texas

Telephone No.: _____

**Defendant No. 2**   Name: Texas Department of Criminal Justice

Street Address: _____

City, State & Zip Code: Huntsville Texas

Telephone No.: _____

**Defendant No. 3**   Name: Rick Perry Govenor

Street Address: _____

City, State & Zip Code: Washington DC

Telephone No.: _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Felony Forgery / Assaults 8th and 14th Amendment crimes (dirty food tray etc

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

As an inmate/offender from Denton County Texas DCSO number # 248014 I had 4,500 dollars forgered from my TDCJ-IO inmate account at the micheals Unit Tennesee Colony Andersonson County Tx. my Texas Department Criminal Justice number was 1716906 in late 2011 or early 2012 I spoke with OIG (office of the inspector General) at michals unit, the Anderson County Sherrife (Taylor) and Denton County Sherrif Murphy / Nothing / I was released from TDCJ-IO on 8/21/2012 without my 4,500 dollars Request a U.S Attorney and F.BI. investigate

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

other assaults in housing moves (mislim inmate is one / dirty food trays horrassment etc

Complaint for Violation of Civil Rights (Prisoner Complaint)     3
[Rev. 01/2018]

_____

_____

_____

_____

_____

_____

_____

_____

**Claim III**

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                              4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes        ☒ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I requested a court case/cases and criminal forgery conspiracy charges against the state of Texas I am homeless of the street

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of July, 2018.

Richard B L
*(Signature of Plaintiff)*